A. RAYMOND HAMRICK, III *○
DAVID L. EVANS *○
WILLIAM G. KELSBERG
KENNETH A. HEARN
KENNETH C. GREENE
ERIC DOBBERSTEIN ‡
DOUGLAS K. LACKEY *
KENNETH A. KOTARSKI
DANIEL J. QUISENBERRY
JEFFREY A. WHITE
ELLIE WIEDER
SVETLANA KUPERMAN
JUSTIN F. CRONIN
REBECCA L. WORDEN ♦
W. JOSEPH ANDERSON
RHONDA LONG ‡

# HAMRICK & EVANS, LLP

111 UNIVERSAL HOLLYWOOD DRIVE
SUITE 2200
**UNIVERSAL CITY, CALIFORNIA 91608**
TELEPHONE (818) 763-5292
FACSIMILE (818) 763-2308

WWW.HAMRICKLAW.COM

**NEVADA OFFICE**
8965 S. EASTERN AVENUE, SUITE 280
LAS VEGAS, NEVADA 89123
TELEPHONE (702) 382-4002
FACSIMILE (702) 382-1661

_____

OF COUNSEL:
MARTIN J. BARAB
GEORGE KNOPFLER
JAMES M. PAZOS

*ALSO ADMITTED IN NEVADA
○ALSO ADMITTED IN COLORADO
♦ALSO ADMITTED IN NEW YORK
‡ADMITTED IN NEVADA ONLY



February 9, 2012

**VIA ELECTRONIC FILE**

Magistrate Judge Maria-Elena James
San Francisco Courthouse
Courtroom B – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102
Attention:  Brenda Tolbert, Clerk

> **Re:**  *MBL, Inc. vs. ACE Property and Casualty Insurance Company.*
> **United States District Court, Northern District of California**
> **Case No. 11-05358 MEJ**
> **Our Client    :    MBL, Inc.**

Dear Judge James:

This correspondence shall serve to request that all currently scheduled dates in the above referenced action (the "Action") be continued for a period of sixty (60) days following the last date to serve the summons and complaint on all defendants pursuant to *Federal Rules of Civil Procedure*, Rule 4(m).

This action was instituted following the break-down of discussions between Plaintiff MBL, Inc., and Defendant ACE Property and Casualty Insurance Company.  Settlement discussions resumed after the filing of the Action but before the Summons and Complaint had been served on Defendant.  As such, Plaintiff delayed in effecting service in the hopes of achieving an amicable settlement between the parties.

Plaintiff filed the Action on November 4, 2011.  Pursuant to Rule 4(m), Plaintiff has until March 2, 2012 to serve all defendants before risking dismissal of the Action.  Plaintiff intends to either effect service of process or dismiss the matter on or before March 2, 2012.  Therefore, Plaintiff respectfully requests that the date for submission of the Rule 26(f) Report and Case Management Statement, currently set for February 9, 2012, and the Initial Case Management Conference, currently scheduled for February 16, 2012, as well as any other currently scheduled dates, be continued for a period of sixty (60) days beginning on March 2, 2012.

**HAMRICK & EVANS, LLP**

February 9, 2012
Page 2


We would appreciate it if you could let us know as soon as possible whether this will be acceptable.  Thank you for your consideration.

Very truly yours,

*W. Joseph Anderson*

W. Joseph Anderson

The Case Management Conference is continued to May 3, 2012 at 10:00 a.m. in Courtroom B. All deadlines are adjusted accordingly.

Dated: February 10, 2012



00198049.DOCX