| | |
|---|---|
| 1 | A. Raymond Hamrick, III (SBN 93821) |
| 2 | Kenneth A. Hearn (SBN 87537) |
|   | W. Joseph Anderson (SBN 267192) |
| 3 | HAMRICK & EVANS, LLP |
|   | 111 Universal Hollywood Drive, Suite 2200 |
| 4 | Universal City, California 91608 |
|   | Telephone:    (818) 763-5292 |
| 5 | Facsimile:     (818) 763-2308 |
|   | Attorneys for Plaintiff MBL, INC. |
| 6 | |
| 7 | Brandt L. Wolkin (SBN 112220) |
|   | Jennifer L. Elowsky (SBN 230739) |
| 8 | WOLKIN – CURRAN, LLP |
|   | 555 Montgomery Street, Suite 1100 |
| 9 | San Francisco, California 94111 |
|   | Telephone:    (415) 982-9390 |
| 10 | Facsimile:     (415) 982-4328 |
| 11 | |
|   | John C. Conway (SBN 179301) |
| 12 | Sander Alvarez (SBN 189174) |
|   | AIWASIAN & ASSOCIATES |
| 13 | 725 South Figueroa Street, Suite 1050 |
|   | Los Angeles, CA 90017 |
| 14 | Telephone:    (213) 233-9650 |
|   | Facsimile:     (213) 233-9651 |
| 15 | Attorneys for Defendant ACE PROPERTY & CASUALTY |
| 16 | INSURANCE COMPANY (formerly known as CIGNA |
|   | PROPERTY AND CASUALTY INSURANCE COMPANY, |
| 17 | formerly known as AETNA INSURANCE COMPANY) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MBL, INC., | CASE NO.: CV 11-05358 MEJ |
| Plaintiff, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |
| vs. | |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a AETNA INSURANCE COMPANY, and DOES 1-100, Inclusive, | |
| Defendants. | |

## RECITALS

1. WHEREAS the parties to this matter are currently involved in settlement discussions designed to lead to informal resolution of this matter.

2. WHEREAS if the Case Management Conference is not continued, the parties will have to meet and confer, prepare, and file a Rule 26 Report and Case Management Statement no later than April 26, 2012.

3. WHEREAS if the Case Management Conference is not continued, the parties will have to meet and confer, prepare, and file the appropriate ADR selection process documents which were due April 12, 2012.

4. WHEREAS the parties have met and conferred and agreed to continue the date for the Case Management Conference in this matter.

## STIPULATION

THEREFORE, in light of the foregoing recitals, the parties hereby agree and stipulate as follows:

1. The Case Management Conference in this matter presently scheduled for May 3, 2012 at 10:00 a.m. shall be continued to May 31, 2012 at 10 a.m. in Courtroom B of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, or to a date thereafter convenient for the Court.

2. All related deadlines are also continued accordingly.

DATED: April 13, 2012            HAMRICK & EVANS, LLP

*/s/ A. Raymond Hamrick, III*
A. Raymond Hamrick, III
Kenneth A. Hearn
W. Joseph Anderson
Attorneys for Plaintiff MBL, INC.

DATED: April 16, 2012

WOLKIN – CURRAN, LLP
AIWASIAN & ASSOCIATES

By: _____
Brandt L. Wolkin

Attorneys for Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY (formerly known as CIGNA PROPERTY AND CASUALTY INSURANCE COMPANY, formerly known as AETNA INSURANCE COMPANY)

### [PROPOSED] ORDER

FOR GOOD CAUSE APPEARING in the parties' Joint Stipulation, the Case Management Conference in this matter is continued to ____MAY 31____, 2012 at 10:00 am in Courtroom B of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.

2. All related deadlines are also continued accordingly.

IT IS SO ORDERED.

DATED: April 16, 2012

_____
Judge Maria-Elena James
United States District Court
Northern District of California

# DECLARATION OF SERVICE

I, Angela Lee Rojas, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at Wolkin · Curran, LLP, 555 Montgomery Street, Suite 1100, San Francisco, California 94111.

On **16 April 2012** I served the attached document, **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES,** on the interested parties in said action, by placing a true copy thereof in a sealed envelope(s) or package(s), with delivery fees or postage fully prepaid, addressed as follows:

| | |
|---|---|
| John Conway, Esq.<br>Sander Alvarez, Esq.<br>Aiwasian & Associates<br>725 South Figueroa Street, Suite 1050<br>Los Angeles, CA 90017<br>T: (213) 233-9656<br>E-mail: John.Conway@mclolaw.com<br>E-mail: Sander.Alvarez@mclolaw.com | Co-Counsel for defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY (formerly known as CIGNA PROPERTY AND CASUALTY INSURANCE COMPANY, formerly known as AETNA INSURANCE COMPANY) |

and served the named document in the manner(s) indicated below:

   X   **BY MAIL:** I placed true and correct copy(ies) of the above named document(s) in sealed envelope(s) or package(s), with postage fully prepaid, addressed to the addressee(s) listed above or on the attached service list on whom service is to be made. I served the above named document(s) by placing the envelope or package for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service. The above named document(s) being served by mail bore a notation of the date and place of mailing and a signed copy of this affidavit or certificate of mailing accompanied the above named document(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed **16 April 2012** at San Francisco, California.



Angela Lee Rojas

**DECLARATION OF SERVICE**     **CASE NO. 3:11-05358 MEJ**