1  A. Raymond Hamrick, III (SBN 93821)
   Kenneth A. Hearn (SBN 87537)
2  W. Joseph Anderson (SBN 267192)
   HAMRICK & EVANS, LLP
3  111 Universal Hollywood Drive, Suite 2200
4  Universal City, California 91608
   Telephone:     (818) 763-5292
5  Facsimile:     (818) 763-2308
   Attorneys for Plaintiff MBL, INC.
6

7  Brandt L. Wolkin (SBN 112220)
   Jennifer L. Elowsky (SBN 230739)
8  WOLKIN – CURRAN, LLP
   555 Montgomery Street, Suite 1100
9  San Francisco, California 94111
   Telephone:     (415) 982-9390
10 Facsimile:     (415) 982-4328

11
   John C. Conway (SBN 179301)
12 Sander Alvarez (SBN 189174)
   AIWASIAN & ASSOCIATES
13 725 South Figueroa Street, Suite 1050
   Los Angeles, CA  90017
14 Telephone:     (213) 233-9650
   Facsimile:     (213) 233-9651
15 Attorneys for Defendant ACE PROPERTY & CASUALTY
16 INSURANCE COMPANY (formerly known as CIGNA
   PROPERTY AND CASUALTY INSURANCE COMPANY,
17 formerly known as AETNA INSURANCE COMPANY)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MBL, INC., | CASE NO.:  CV 11-05358 MEJ |
| Plaintiff, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, AND EXTENDING TIME TO FILE RESPONSIVE PLEADING |
| vs. | |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a AETNA INSURANCE COMPANY, and DOES 1-100, Inclusive, | |
| Defendants. | |

## RECITALS

1. WHEREAS the parties to this matter are currently involved in fruitful settlement discussions to resolve this matter.

2. WHEREAS if the Case Management Conference is not continued, the parties will have to meet and confer, prepare, and file a Rule 26 Report and Case Management Statement no later than May 24, 2012.

3. WHEREAS if the Case Management Conference is not continued, the parties will have to meet and confer, prepare, and file the appropriate ADR selection process documents no later than May 10, 2012.

4. WHEREAS defendant's deadline to file a responsive pleading to plaintiff's complaint is May 9, 2012.

5. WHEREAS the parties have met and conferred and agreed to a ten (10) day continuance of all dates and deadlines pending in this matter, including the Case Management Conference and related deadlines and the time for defendant to file its responsive pleading in this matter.

## STIPULATION

THEREFORE, in light of the foregoing recitals, the parties hereby agree and stipulate as follows:

1. The Case Management Conference in this matter presently scheduled for May 31, 2012 at 10:00 a.m. shall be continued to ~~June 11, 2012~~ June 14, 2012 at 10 a.m. in Courtroom B of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, or to a date thereafter convenient for the Court.

2. All related deadlines are also continued accordingly.

3. Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a AETNA INSURANCE COMPANY ("ACE Property & Casualty") has an additional ten (10) days to answer or otherwise respond to the complaint of MBL, INC. ("MBL"). ACE

Property & Casualty's response to MBL's complaint was previously due on May 9, 2012 and that response is <u>now due on May 21, 2012</u>. The parties' stipulation to extend the time for defendant to file its responsive pleading does not alter any event or any deadline already fixed by court order in the instant action.

DATED: May 9, 2012

HAMRICK & EVANS, LLP

_____
A. Raymond Hamrick, III
Kenneth A. Hearn
W. Joseph Anderson
Attorneys for Plaintiff MBL, INC.

DATED: May 9, 2012

WOLKIN – CURRAN, LLP
AIWASIAN & ASSOCIATES

By: _____
Brandt L. Wolkin
John C. Conway

Attorneys for Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY

### [PROPOSED] ORDER

FOR GOOD CAUSE APPEARING in the parties' Joint Stipulation, the Case Management Conference in this matter is continued to June 14, 2012, 2012 at 10:00 a.m. in Courtroom B of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102. All related deadlines are also continued accordingly.

IT IS SO ORDERED.

DATED: May 10, 2012

_____
Judge Maria-Elena James