1  A. Raymond Hamrick, III (SBN 93821)
   Kenneth A. Hearn (SBN 87537)
2  W. Joseph Anderson (SBN 267192)
   HAMRICK & EVANS, LLP
3  111 Universal Hollywood Drive, Suite 2200
   Universal City, California 91608
4  Telephone:     (818) 763-5292
   Facsimile:     (818) 763-2308
5  Attorneys for Plaintiff MBL, INC.
6
   Brandt L. Wolkin (SBN 112220)
7  Jennifer L. Elowsky (SBN 230739)
   WOLKIN – CURRAN, LLP
8  555 Montgomery Street, Suite 1100
   San Francisco, California 94111
9  Telephone:     (415) 982-9390
   Facsimile:     (415) 982-4328
10
11 John C. Conway (SBN 179301)
   Sander Alvarez (SBN 189174)
12 AIWASIAN & ASSOCIATES
   725 South Figueroa Street, Suite 1050
13 Los Angeles, CA  90017
   Telephone:     (213) 233-9650
14 Facsimile:     (213) 233-9651
15 Attorneys for Defendant ACE PROPERTY & CASUALTY
   INSURANCE COMPANY (formerly known as CIGNA
16 PROPERTY AND CASUALTY INSURANCE COMPANY,
17 formerly known as AETNA INSURANCE COMPANY)
18
19                **UNITED STATES DISTRICT COURT**
20               **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 21   MBL, INC., | CASE NO.:  CV 11-05358 MEJ |
| 22              Plaintiff, | JOINT STIPULATION AND [PROPOSED] |
| 23        vs. | ORDER CONTINUING CASE |
| 24   ACE PROPERTY & CASUALTY | MANAGEMENT CONFERENCE AND |
|      INSURANCE COMPANY, f/k/a CIGNA | RELATED DEADLINES, AND |
| 25   PROPERTY & CASUALTY INSURANCE | EXTENDING TIME TO FILE |
|      COMPANY, f/k/a AETNA INSURANCE | RESPONSIVE PLEADING |
| 26   COMPANY, and DOES 1-100, Inclusive, | |
| 27              Defendants. | |

28

**RECITALS**

1.    WHEREAS the parties to this matter are currently involved in fruitful settlement discussions to resolve this matter.

2.    WHEREAS if the Case Management Conference is not continued, the parties will have to meet and confer, prepare, and file a Rule 26 Report and Case Management Statement no later than May 24, 2012.

3.    WHEREAS if the Case Management Conference is not continued, the parties will have to meet and confer, prepare, and file the appropriate ADR selection process documents no later than May 10, 2012.

4.    WHEREAS defendant's deadline to file a responsive pleading to plaintiff's complaint is May 9, 2012.

5.    WHEREAS the parties have met and conferred and agreed to a ten (10) day continuance of all dates and deadlines pending in this matter, including the Case Management Conference and related deadlines and the time for defendant to file its responsive pleading in this matter.

**STIPULATION**

THEREFORE, in light of the foregoing recitals, the parties hereby agree and stipulate as follows:

1.    The Case Management Conference in this matter presently scheduled for May 31, 2012 at 10:00 a.m. shall be continued to ~~June 11, 2012~~ June 14, 2012 at 10 a.m. in Courtroom B of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, or to a date thereafter convenient for the Court.

2.    All related deadlines are also continued accordingly.

3.    Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a AETNA INSURANCE COMPANY ("ACE Property & Casualty") has an additional ten (10) days to answer or otherwise respond to the complaint of MBL, INC. ("MBL").  ACE

1

1  Property & Casualty's response to MBL's complaint was previously due on May 9,
2  2012 and that response is now due on May 21, 2012. The parties' stipulation to extend
3  the time for defendant to file its responsive pleading does not alter any event or any
4  deadline already fixed by court order in the instant action.

5  DATED: May 9, 2012                    HAMRICK & EVANS, LLP

6

7                                        A. Raymond Hamrick, III
8                                        Kenneth A. Hearn
9                                        W. Joseph Anderson
                                         Attorneys for Plaintiff MBL, INC.
10

11  DATED: May 9, 2012                   WOLKIN – CURRAN, LLP
12                                        AIWASIAN & ASSOCIATES
13

14  By: _____
15                                        Brandt L. Wolkin
                                          John C. Conway
16

17                                        Attorneys for Defendant ACE PROPERTY &
                                          CASUALTY INSURANCE COMPANY
18

19

20                        [PROPOSED] ORDER
21       FOR GOOD CAUSE APPEARING in the parties' Joint Stipulation, the Case
22  Management Conference in this matter is continued to June 14, 2012 , 2012 at
23  10:00 a.m in Courtroom B of the United States Courthouse, 450 Golden Gate Avenue,
24  San Francisco, California 94102. All related deadlines are also continued accordingly.
25       IT IS SO ORDERED.

26  DATED: May 10, 2012

27                                        _____
                                          Judge Maria-Elena James
28