1   Brandt L. Wolkin, Esq.,     SBN 112220
    Wolkin · Curran, LLP
2   555 Montgomery Street, Suite 1100
    San Francisco, California 94111
3   Telephone:     (415) 982-9390
    Facsimile:     (415) 982-4328
4

5   John C. Conway, Esq.,     SBN 179301
    Sander Alvarez, Esq.,     SBN 189174
6   AIWASIAN & ASSOCIATES
    725 South Figueroa Street, Suite 1050
7   Los Angeles, CA  90017
    Telephone:     (213) 233-9650
8   Facsimile:     (213) 233-9651

9   Attorneys for Defendant,
    ACE PROPERTY & CASUALTY INSURANCE
10   COMPANY, f/k/a CIGNA PROPERTY &
    CASUALTY INSURANCE COMPANY, f/k/a
11   AETNA INSURANCE COMPANY

12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

| | |
|---|---|
| MBL, INC. | Case No. 3:11-cv-05358-MEJ |
|         Plaintiff, | |
|     vs. | **NOTICE OF PENDING SETTLEMENT; STIPULATION AND ~~[PROPOSED]~~ ORDER** |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY f/k/a AETNA INSURANCE COMPANY, and DOES 1 through 100, Inclusive, | |
|         Defendant. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

1    **NOTICE OF PENDING SETTLEMENT**

2    **TO THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF**

3    **RECORD:**

4    Plaintiff MBL, INC. ("MBL") and Defendant ACE PROPERTY & CASUALTY

5    INSURANCE COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE

6    COMPANY f/k/a AETNA INSURANCE COMPANY ("ACE") have arrived at a settlement in

7    principle and are in the process of executing a written settlement agreement resolving all disputes

8    in the above captioned action. Once consideration has been exchanged between the parties,

9    pursuant to the pending written settlement agreement, the parties will seek a dismissal of this

10   action.

11   **STIPULATION RE: PENDING DISMISSAL**

12   In order to settle the instant action ACE and MBL make the following stipulation:

13   (1) ACE and MBL agree that ACE need not file a response to MBL's complaint.

14   (2) MBL agrees not to seek, request or agree to entry of default or a default judgment as

15   against MBL.

16   (3) ACE and MBL stipulate that should either party file a notice with the court indicating

17   that a settlement is no longer pending, ACE's response to MBL's complaint would be due twenty

18   (20) days after filing that notice.

19   (4) MBL and ACE agree to cooperate to prepare, sign and make effective any stipulation

20   and/or filing that may be necessary to effectuate the stipulations stated in this document.

21   (5) This stipulation is effective between ACE and MBL regardless of whether the

22   attached order has been signed by this Court.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2.

1    (6) ACE and MBL request that this Court removes from its calendar all dates currently

2  pending in the instant action.  Further, ACE and MBL request that this Court set an Order To

3  Show Cause Re: Dismissal hearing approximately 90 days from the date of the filing of this

4  notice.

5  Dated:  5-31-12

WOLKIN • CURRAN, LLP
AIWASIAN & ASSOCIATES

7

By:

8                                                      John Conway

9  Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY f/k/a CIGNA
10  PROPERTY & CASUALTY INSURANCE
COMPANY f/k/a AETNA INSURANCE
11  COMPANY

12

13  Dated:  5-31-12

HAMRICK & EVANS, LLP

14

By:

15                                                      A. Raymond Hamrick, III
Kenneth A. Hearn
16                                                      W. Joseph Anderson

17  Attorneys for Plaintiff
MBL, INC.

18

19

20

21

22

23

24

25

26

27

28

3.

1
<u>**ORDER**</u>

2
    Upon consideration of the Stipulation Re: Pending Dismissal, and good cause appearing

3
therefor, it is hereby ordered as follows:

4
    This Court removes from its calendar all dates currently pending in the instant action.

5
    Further, this Court sets an Order To Show Cause Re: Dismissal hearing at the following

6
date and time: _ August 2 _____ 2012 at _10:00am_ in Courtroom B of the United States

7
Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.
    A joint status report shall be filed no later than August 26, 2012.

8
    IT IS SO ORDERED.

9
DATED:  __6/1/___, 2012        _____

10
                    Judge Maria-Elena James

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.

NOTICE OF PENDING SETTLEMENT; STIPULATION AND [PROPOSED]        Case No.  3:11-cv-05358-MEJ
ORDER