| | |
|---|---|
| 1 | Brandt L. Wolkin, Esq.,     SBN 112220 |
|   | Wolkin · Curran, LLP |
| 2 | 555 Montgomery Street, Suite 1100 |
|   | San Francisco, California 94111 |
| 3 | Telephone:   (415) 982-9390 |
|   | Facsimile:   (415) 982-4328 |
| 4 | |
|   | John C. Conway, Esq.,     SBN 179301 |
| 5 | Sander Alvarez, Esq.,     SBN 189174 |
|   | AIWASIAN & ASSOCIATES |
| 6 | 725 South Figueroa Street, Suite 1050 |
|   | Los Angeles, CA  90017 |
| 7 | Telephone:   (213) 233-9650 |
| 8 | Facsimile:   (213) 233-9651 |

Attorneys for Defendant,
ACE PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a AETNA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MBL, INC. | Case No. 3:11-cv-05358-MEJ |
| Plaintiff, | |
| vs. | **NOTICE OF PENDING SETTLEMENT; STIPULATION AND [PROPOSED] ORDER** |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY f/k/a AETNA INSURANCE COMPANY, and DOES 1 through 100, Inclusive, | |
| Defendant. | |

1.

## NOTICE OF PENDING SETTLEMENT

**TO THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff MBL, INC. ("MBL") and Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY f/k/a AETNA INSURANCE COMPANY ("ACE") have arrived at a settlement in principle and are in the process of executing a written settlement agreement resolving all disputes in the above captioned action. Once consideration has been exchanged between the parties, pursuant to the pending written settlement agreement, the parties will seek a dismissal of this action.

## STIPULATION RE: PENDING DISMISSAL

In order to settle the instant action ACE and MBL make the following stipulation:

(1)  ACE and MBL agree that ACE need not file a response to MBL's complaint.

(2)  MBL agrees not to seek, request or agree to entry of default or a default judgment as against MBL.

(3)  ACE and MBL stipulate that should either party file a notice with the court indicating that a settlement is no longer pending, ACE's response to MBL's complaint would be due twenty (20) days after filing that notice.

(4)  MBL and ACE agree to cooperate to prepare, sign and make effective any stipulation and/or filing that may be necessary to effectuate the stipulations stated in this document.

(5)  This stipulation is effective between ACE and MBL regardless of whether the attached order has been signed by this Court.

///
///
///
///
///
///

(6) ACE and MBL request that this Court removes from its calendar all dates currently pending in the instant action. Further, ACE and MBL request that this Court set an Order To Show Cause Re: Dismissal hearing approximately 90 days from the date of the filing of this notice.

Dated: 5-31-12

WOLKIN • CURRAN, LLP
AIWASIAN & ASSOCIATES

By: _____
John Conway

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY f/k/a CIGNA
PROPERTY & CASUALTY INSURANCE
COMPANY f/k/a AETNA INSURANCE
COMPANY

Dated: 5-31-12

HAMRICK & EVANS, LLP

By: _____
A. Raymond Hamrick, III
Kenneth A. Hearn
W. Joseph Anderson

Attorneys for Plaintiff
MBL, INC.

**ORDER**

Upon consideration of the Stipulation Re: Pending Dismissal, and good cause appearing therefor, it is hereby ordered as follows:

This Court removes from its calendar all dates currently pending in the instant action.

Further, this Court sets an Order To Show Cause Re: Dismissal hearing at the following date and time: __August 2_____ 2012 at _10:00am_ in Courtroom B of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.
A joint status report shall be filed no later than August 26, 2012.
IT IS SO ORDERED.

DATED: __6/1/___, 2012                    _____
                                                              Judge Maria-Elena James