Brandt L. Wolkin, Esq.,     SBN 112220
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:    (415) 982-9390
Facsimile:    (415) 982-4328

John C. Conway, Esq.,     SBN 179301
Sander Alvarez, Esq.,     SBN 189174
AIWASIAN & ASSOCIATES
725 South Figueroa Street, Suite 1050
Los Angeles, CA  90017
Telephone:    (213) 233-9650
Facsimile:    (213) 233-9651

Attorneys for Defendant,
ACE PROPERTY & CASUALTY INSURANCE
COMPANY, f/k/a CIGNA PROPERTY &
CASUALTY INSURANCE COMPANY, f/k/a
AETNA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MBL, INC.<br><br>            Plaintiff,<br><br>      vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY f/k/a AETNA INSURANCE COMPANY, and DOES 1 through 100, Inclusive,<br><br>            Defendant. | Case No. 3:11-cv-05358-MEJ<br><br>**NOTICE OF PENDING SETTLEMENT; STIPULATION AND [~~PROPOSED~~] ORDER** |

**NOTICE OF PENDING SETTLEMENT**

**TO THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff MBL, INC. ("MBL") and Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY f/k/a AETNA INSURANCE COMPANY ("ACE") have arrived at a settlement in principle and are in the process of executing a written settlement agreement resolving all disputes in the above captioned action. Once consideration has been exchanged between the parties, pursuant to the pending written settlement agreement, the parties will seek a dismissal of this action.

**STIPULATION RE: PENDING DISMISSAL**

In order to settle the instant action ACE and MBL make the following stipulation:

(1) ACE and MBL agree that ACE need not file a response to MBL's complaint.

(2) MBL agrees not to seek, request or agree to entry of default or a default judgment as against MBL.

(3) ACE and MBL stipulate that should either party file a notice with the court indicating that a settlement is no longer pending, ACE's response to MBL's complaint would be due twenty (20) days after filing that notice.

(4) MBL and ACE agree to cooperate to prepare, sign and make effective any stipulation and/or filing that may be necessary to effectuate the stipulations stated in this document.

(5) This stipulation is effective between ACE and MBL regardless of whether the attached order has been signed by this Court.

///
///
///
///
///
///

1      (6) ACE and MBL request that this Court removes from its calendar all dates currently
2  pending in the instant action. Further, ACE and MBL request that this Court set an Order To
3  Show Cause Re: Dismissal hearing approximately 90 days from the date of the filing of this
4  notice.

5  Dated: 5-31-12

    WOLKIN • CURRAN, LLP
    AIWASIAN & ASSOCIATES

By: _____
    John Conway

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY f/k/a CIGNA
PROPERTY & CASUALTY INSURANCE
COMPANY f/k/a AETNA INSURANCE
COMPANY

13  Dated: 5-31-12

    HAMRICK & EVANS, LLP

By: _____
    A. Raymond Hamrick, III
    Kenneth A. Hearn
    W. Joseph Anderson

Attorneys for Plaintiff
MBL, INC.

**ORDER**

Upon consideration of the Stipulation Re: Pending Dismissal, and good cause appearing therefor, it is hereby ordered as follows:

This Court removes from its calendar all dates currently pending in the instant action.

Further, this Court sets an Order To Show Cause Re: Dismissal hearing at the following date and time: __September 6____ 2012 at 10:00am in Courtroom B of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.
  A joint status report shall be filed no later than August 30, 2012
         IT IS SO ORDERED.

DATED:  __June 1__, 2012                             _____
                                                                                      Judge Maria-Elena James

---

NOTICE OF PENDING SETTLEMENT; STIPULATION AND [PROPOSED] ORDER                 Case No.  3:11-cv-05358-MEJ

4.