Brandt L. Wolkin, Esq.,     SBN 112220
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:     (415) 982-9390
Facsimile:     (415) 982-4328

John C. Conway, Esq.,     SBN 179301
Sander Alvarez, Esq.,     SBN 189174
AIWASIAN & ASSOCIATES
725 South Figueroa Street, Suite 1050
Los Angeles, CA  90017
Telephone:     (213) 233-9650
Facsimile:     (213) 233-9651

Attorneys for Defendant,
ACE PROPERTY & CASUALTY INSURANCE
COMPANY, f/k/a CIGNA PROPERTY &
CASUALTY INSURANCE COMPANY, f/k/a
AETNA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MBL, INC.<br><br>        Plaintiff,<br><br>    vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY f/k/a AETNA INSURANCE COMPANY, and DOES 1 through 100, Inclusive,<br><br>        Defendant. | Case No. 3:11-cv-05358-MEJ<br><br>**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO SETTLEMENT AGREEMENT; [PROPOSED] ORDER** |

# STIPULATION FOR DISMISSAL OF ACTION

**TO THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

WHEREAS Plaintiff MBL, INC ("MBL" or "Plaintiff") brought the above captioned action (the "Action") alleging bad faith and various other causes of action against Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a AETNA INSURANCE COMPANY ("ACE" or "Defendant") arising out of MBL's defense relating to the following lawsuits: (1) *Schultz v. Ichimoto, et al.*, Case No. 1:08 CV 00526, U.S.D.C. (E.D. Cal.) (the "*Schultz* action"); (2) *Cal Water Services Co. v. The Dow Chemical Co., et al.,* San Mateo Superior Court, Case No. CIV 473093 (the "*Cal Water* action"); and (3) *City of Sunnyvale v. Legacy Vulcan Corp., et al., San Mateo Superior Court*, Case No. CIV 479196 (the "*Sunnyvale* action").

WHEREAS ACE denied all such allegations and causes of action.

WHEREAS the Parties have reached a settlement regarding the various allegations and causes of action asserted in the Action.

Accordingly, IT IS HEREBY STIPULATED by and between the Parties herein, through their respective attorneys of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as follows:

1. Plaintiff hereby dismisses its Action filed on November 4, 2011 against Defendant in its entirety, with prejudice;

2. Each Party will bear its own costs and attorneys' fees.

///
///
///
///
///
///
///

3. The Parties request that the Court retain jurisdiction to enforce the Settlement Agreement between Plaintiff and Defendant dated June 1, 2012 by issuing an Order that explicitly retains jurisdiction to enforce that Settlement Agreement.

IT IS SO STIPULATED.

Dated: 8/29/30

WOLKIN • CURRAN, LLP
AIWASIAN & ASSOCIATES

By: _____
Brandt L. Wolkin

Attorneys for Defendant
ACE PROPERTY & CASUALTY INSURANCE COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY f/k/a AETNA INSURANCE COMPANY

Dated: 8/29/12

HAMRICK & EVANS, LLP

By: _____
A. Raymond Hamrick, III
Kenneth A. Hearn
W. Joseph Anderson

Attorneys for Plaintiff
MBL, INC.

## [PROPOSED] ORDER

1. Good cause appearing therefor, this action, *MBL, INC. v. ACE PROPERTY & CASUALTY INSURANCE COMPANY f/k/a CIGNA PROPERTY & CASUALTY INSURANCE COMPANY f/k/a AETNA INSURANCE COMPANY, et al.*, United States District Court, Northern District of California, case no. 3:11-cv-05358-MEJ, is dismissed in its entirety, with prejudice.

2. Each Party will bear its own costs and attorneys' fees.

3. This Court retains jurisdiction to enforce the Settlement Agreement between Plaintiff and Defendant dated June 1, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: Sept. 5, 2012

_____
Judge Maria Elena James